## JESS MITCHELL v. STATE.

No. A-6293.   Opinion Filed Nov. 30, 1926.
(250 Pac. 1118.)

Percy Powers, for plaintiff in error.

Geo. F. Short, Atty. Gen., for the State.

BESSEY, P. J. The plaintiff in error was convicted of operating a motor vehicle under the influence of intoxicating liquor, with his punishment fixed at a fine of $400. An official record has been filed, showing the death of plaintiff in error, along with a motion that the cause be abated. The motion is allowed, the cause abated, and stricken from the docket.

DOYLE and EDWARDS, JJ., concur.